# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

STEPHEN M. GARRISON,

        Petitioner,     :     Case No. 2:18-cv-1153

- vs -

        District Judge Edmund A. Sargus, Jr.
        Magistrate Judge Michael R. Merz

WARDEN, Belmont Correctional Institution,

        :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 33), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Petitioner's Motion/Request for Certificate of Appealability (ECF No. 32) be DENIED.

November 10th, 2019.

                              District Judge Edmund A. Sargus, Jr.
                              United States District Court